Louis G. ANTONELLIS, Plaintiff—Appellant,

v.

CUMBERLAND COUNTY BOARD OF EDUCATION; William C. Harrison; Jeff Jernigan; Donna Weeks, Defendants—Appellees.

No. 08–1278.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2008.

Decided: Sept. 17, 2008.

Louis G. Antonellis, Appellant Pro Se. Reid Calwell Adams, Jr., Womble, Carlyle, Sandridge & Rice, PLLC, Winston–Salem, North Carolina; Julie B. Bradburn, Womble, Carlyle, Sandridge & Rice, PLLC, Raleigh, North Carolina; Mark P. Henriques, Womble, Carlyle, Sandridge & Rice, PLLC, Charlotte, North Carolina, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Antonellis appeals the district court's order granting the Appellees' Motion to Dismiss. We have reviewed the record and find no reversible error. Accordingly, we deny Antonellis' motion to present oral argument and affirm for the reasons stated by the district court. *Antonellis v. Cumberland County Bd. of Educ.*, No. 5:07–cv–00188–H (E.D.N.C. Feb. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*